# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

STEWART RONDON,

       Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

       Defendant.

**Case No.:** 5:26-cv-02001-OLG

**Honorable: Orlando L. Garcia**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Stewart Rondon ("Plaintiff") hereby voluntarily dismisses his claims in this matter against Defendant Equifax Information Services, LLC, with prejudice

RESPECTFULLY SUBMITTED on June 15, 2026.

By: */s/ Michael Yancey*
Michael Yancey, TX#24135431
**CONSUMER JUSTICE LAW FIRM PLC**
15851 Dallas Pkwy, Suite 600,
Addison, Texas 75001
E: myancey@consumerjustice.com
T: (480) 573-9272
F: (480) 613-7733

*Attorneys for Plaintiff*
*Stewart Rondon*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Michael Yancey*